UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUL 8 - 2010

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE MATTER OF THE SEARCH OF:

KATHERINE A. HOOVER'S RESIDENCE
LOST CREEK, HARRISON COUNTY,
WEST VIRGINIA

CASE NO. 1:10MJ9
Judge James Seibert
United States Magistrate Judge

## MOTION TO UNSEAL THE CASE

NOW COMES Katherine A. Hoover MD, pro se, and hereby requests that the Court unseal the entire case. No patient records were seized from Harrison County unless they were taken and not listed. The autopsy photograph were made public at the Jail Oversight Committee meeting and during the law suit filed by Mr. Vincent's family in Harrison County.

WHEREFORE, KATHERINE A. HOOVER MD respectfully requests that this Case be unsealed and open for public oversight.

Respectfully submitted,

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
PO Box N 3222
247 West Bay Street
Nassau, N.P., Bahamas
fax: 242-328-4014
phone: 242-525-4018

## CERTIFICATE OF SERVICE

I, Katherine A. Hoover MD, hereby swear that I will fax a true and correct copy of the ADDENDUM TO MOTION TO VACATE THE SEARCH AND SEIZURE WARRANT OF MARCH 1, 2010 and the MOTION TO UNSEAL THE CASE on July 7, 2010 to the Prosecuting attorney for the Northern District of West Virginia and to the Associated Press.

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
247 West Bay Street
Nassau, Bahamas
242-525-4018