AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Katherine A. Hoover's Residence, Lost Creek, Harrison County West Virginia (see Attachment A) | )<br>)<br>) Case No. 1:10 M 59<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __West Virginia__
*(identify the person or describe the property to be searched and give its location)*:
Katherine A. Hoover's Residence, Lost Creek, Harrison County West Virginia (see Attachment A).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B - items to be seized - Katherine A. Hoover's residence

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before __March 10, 2010__
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __James E. Seibert__
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __March 1, 2010 10:26 AM__   ___/s/ James E. Seibert___
Judge's signature

City and state: __Wheeling, WV 26003__   __James E. Seibert USMJ__
Printed name and title

GOVERNMENT EXHIBIT 1



Katherine A. Hoover's Residence
Lost Creek, Harrison County, West Virginia

Attachment A

Page 1 of 2

State of West Virginia, Harrison County, Northern Judicial District, near the unincorporated community of Romines Mills, a two story red brick structure with an attic and an ornamental gazebo type structure situated on the roof. The structure is situated to the west side of West Virginia State Route 20 and is approximately .5 miles north of the intersection of West Virginia State Route 20 and Harrison County Secondary Route 48 (Johnstown Road). The location is additionally described as being one mile south of the intersection of the West Virginia State Route 20 and Harrison County Secondary Route 20/22 (Raccoon Creek Road). Access to the location is via an asphalt paved driveway intersecting with the west berm of West Virginia State Route 20. At the driveway entrance are several large stones at the edges of the driveway and a white in color mailbox with the numbers "203" on it, near the intersection of the driveway and West Virginia State Route 20. Situated directly behind (to the west side) of the main structure is a two story structure with white siding and red brick. The rear structure appears to be a multi car garage, with a living area above. This structure has what appear to be three dormers that are white in color and a concrete parking area in front of the structure. Situated further to the northwest of the main structure are two large barn type structures and at least one smaller outbuilding.

**Directions:** From the I-79 exit 115 (Quiet Dell/Nutter Fort Exit), travel 6.3 miles south on West Virginia State Route 20. At the intersection of Harrison County Secondary Route 20/22 (Raccoon Run Road) continue south on West Virginia State Route 20 for one (1) additional mile. The driveway to the location turns to the right (west).

ATTACHMENT
A

ITEMS TO BE SEIZED

The government seeks to seize the following items which are believed to be kept and maintained on the premises described in the Search Warrant:

(1)  With regard to the patients identified on the attached "Complete Patient Seizure List":

  (a)  Complete patient files and billing information, including but not limited to, clinical records, course of treatment plans, progress notes, charts, superbills, fee tickets, encounter forms, routing slips, and similar documents; patient bills, invoices, insurance claims, claim forms, CMS (HCFA) 1500 claims forms, explanations of benefits, copies of checks or electronic transfers of payments, billing and payment records, patient ledgers or account cards; all schedule books, calendars, appointment books, patient sign-in logs or sheets and similar records;

  (b)  All correspondence that in any way relates to the patients;

  (c)  All laboratory test orders and laboratory test results; and

  (d)  Any and all agreements with patients.

(2)  All documents and records reflecting general Medicare and Medicaid policies, transmittals, program memoranda, and other billing guidance;

(3)  All CPT Manuals or similar coding manuals or binders;

(4)  Any other documents, records and items that relate, in any way, to general medical coding or billing;

(5)  Any pre-signed, pre-filled, or post dated prescription slips and/or pads;

(6)  The computer hardware (and associated peripherals) associated with any and all computers maintained at the search site - for the purpose of making a mirror image;

(7)  With regard to Mountain Medical/Williamson Wellness Center:

  (a)  Personnel schedules, personnel files, including but not limited to employee rosters, names, addresses, telephone numbers, time cards, contracts or similar records and training records;

  (b)  Any and all biographical, financial, and business documents, to include but not limited to memorandums, letters, correspondences, contracts, bank records, credit card information relating to the purchase and operations of Mountain Medical Center/Williamson Wellness Center;

(8)  Personal and business financial records for Mountain Medical Care Center, LLC, Williamson Wellness Center, Myra Miller, Dr. William Ryckman, Dr. Katherine Hoover, and Dr. J. Victorino R. Teleron, Jr., and MOO Management.

(9)  Any and all documents and records, contracts, writings, electronic mailings or other material indicating or relating to the receipt and payment of money to or from other persons or entities.

(10) Cash monies located on the premises.

Attachment B

( MPLETE Patient Seizure List



Page 1 of 1

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 1107  03-02-2010 | Copy of warrant and inventory left with: Posted to front door of res. (since Site 3 (S3) |
| Inventory made in the presence of: SA Robert Slease - HHS-OIG,  SA Jeff Overbeck - HHS-OIG |||
| Inventory of the property taken and name of any person(s) seized: See attached inventory sheets |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**U.S. Department of Health Human Services**
**Office of Inspector General**
**Office of Investigations**

Inventory

Warrant Given To: Left at Scene
Warrant Served On: N/A
Address: Rt 2 Box 203 Lost Creek, WV 26385
Inventory Given To: Left at Scene
Evidence Log: R. Wardlow

Date: 3/2/10
Start Time: 11:15 a.m.
End Time: 4:45 pm

Page 1

| Area ID | Item Description | Location Found | Item # | Locating Agent | Seizing Agent | Evidence Disposition |
|---|---|---|---|---|---|---|
| A/A | 100 ± White Truck Pow Pills in Blue Bottle/white m ~~50 below~~ 05/52 | 2008 White Truck | | M. Garrett | R. Sleese | WVSP/EBT |
| B | 9 pills in Bottle (morphine) [redacted] | Stove Site 1 | | M. Link | R. Sleese | WVSP/EBT |
| D | 7 Rx Bottles in Various Names | On Bed Site 1 | | M. Link | R. Sleese | WVSP/EBT |

# *Inventory*

| ID | Description |
|---|---|
| S2-E-001 | WesBanco Savings Account Book and Statement |
| S2-I-007 | Compaq Presario SR5010NX and Logitech thumbdrive |
| S2-J-003 | Compaq Presario Desktop S5200NX |
| S2-O-004 | Various bank statements and tax records in a clear Staples tote with a blue lid |
| S2-O-005 | 2005 Income tax records in clear tote with clear top |
| S2-O-006 | 2006 Income tax records in clear tote with blue top |
| S2-O-008 | 2009 various financial records for K. Hoover and J. Tomasic |
| S2-O-009 | 2008 various financial documents |
| S2-O-010 | 2004 various financial documents |
| S2-P-002 | Great American Title and Mortgatge Co paperwork |

# *Inventory*

| ID | Description |
| --- | --- |
| S3-E-001 | Financial documents and title to BMW |
| S3-E-002 | Apple Macbook (white) |
| S3-E-003 | iMac (white) |

# *Inventory*

| ID | Description |
|---|---|
| S1-A-001 | Financial documents for John Tomasic, correspondence to Kaherine Hoover from WV Board of Medicine, $5,000 check from K. Hoover to Skymark |
| S1-A-002 | Black emachines net book- S/N LXN970D00194652ED41601 |
| S1-A-003 | White Apple MAC laptop computer- S/N - W89111N34R1 |
| S1-B-004 | Dept of Transportation DMV Title for 2006 Ford titled to Stephen Tomasic |
| S1-B-005 | Deed between John Clemens and Stephen Tomasic made 12/28/09 |
| S1-B-006 | US Cellular bill- Kaherine Hoover dated 1/16/10 |
| S1-B-007 | WesBanco check # 522 - No Pay To but signed by Katherine Hoover for $367.00 |
| S1-D-008 | Emachines Tower, wireless device and memory card |

AO 106 (Rev. 06/09) Application for a Search Warrant 

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Katherine A. Hoover's Residence, Lost Creek, Harrison County West Virginia (See Attachment A) | )<br>)<br>) Case No. 1:10 mJ 9<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Katherine A. Hoover's Residence, Lost Creek, Harrison County West Virginia

located in the ___Northern___ District of ___West Virginia___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B- Items to be seized - Katherine Hoover's residence

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), 843(a)(2) and (3) and 18 U.S.C. §§ 1347 and 2 | Conspiracy to distribute controlled substances; distribution of controlled substances; conspiracy to obtain by fraud; conspiracy to misuse a registration number and health care fraud/aiding and abetting. |

The application is based on these facts:

See Attachment C (Affidavit).

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

MICHAEL T SMITH
*Printed name and title*

Sworn to before me and signed in my presence.

Date: MARCH 1, 2010

*Judge's signature*

City and state: Wheeling WV            JAMES E Seibert USMJ
*Printed name and title*



Katherine A. Hoover's Residence
Lost Creek, Harrison County, West Virginia

Attachment A

Page 1 of 2

State of West Virginia, Harrison County, Northern Judicial District, near the unincorporated community of Romines Mills, a two story red brick structure with an attic and an ornamental gazebo type structure situated on the roof. The structure is situated to the west side of West Virginia State Route 20 and is approximately .5 miles north of the intersection of West Virginia State Route 20 and Harrison County Secondary Route 48 (Johnstown Road). The location is additionally described as being one mile south of the intersection of the West Virginia State Route 20 and Harrison County Secondary Route 20/22 (Raccoon Creek Road). Access to the location is via an asphalt paved driveway intersecting with the west berm of West Virginia State Route 20. At the driveway entrance are several large stones at the edges of the driveway and a white in color mailbox with the numbers "203" on it, near the intersection of the driveway and West Virginia State Route 20. Situated directly behind (to the west side) of the main structure is a two story structure with white siding and red brick. The rear structure appears to be a multi car garage, with a living area above. This structure has what appear to be three dormers that are white in color and a concrete parking area in front of the structure. Situated further to the northwest of the main structure are two large barn type structures and at least one smaller outbuilding.

**Directions:** From the I-79 exit 115 (Quiet Dell/Nutter Fort Exit), travel 6.3 miles south on West Virginia State Route 20. At the intersection of Harrison County Secondary Route 20/22 (Raccoon Run Road) continue south on West Virginia State Route 20 for one (1) additional mile. The driveway to the location turns to the right (west).

ATTACHMENT
A

ITEMS TO BE SEIZED

The government seeks to seize the following items which are believed to be kept and maintained on the premises described in the Search Warrant:

(1) With regard to the patients identified on the attached "Complete Patient Seizure List":

 (a) Complete patient files and billing information, including but not limited to, clinical records, course of treatment plans, progress notes, charts, superbills, fee tickets, encounter forms, routing slips, and similar documents; patient bills, invoices, insurance claims, claim forms, CMS (HCFA) 1500 claims forms, explanations of benefits, copies of checks or electronic transfers of payments, billing and payment records, patient ledgers or account cards; all schedule books, calendars, appointment books, patient sign-in logs or sheets and similar records;

 (b) All correspondence that in any way relates to the patients;

 (c) All laboratory test orders and laboratory test results; and

 (d) Any and all agreements with patients.

(2) All documents and records reflecting general Medicare and Medicaid policies, transmittals, program memoranda, and other billing guidance;

(3) All CPT Manuals or similar coding manuals or binders;

(4) Any other documents, records and items that relate, in any way, to general medical coding or billing;

(5) Any pre-signed, pre-filled, or post dated prescription slips and/or pads;

(6) The computer hardware (and associated peripherals) associated with any and all computers maintained at the search site - for the purpose of making a mirror image;

(7) With regard to Mountain Medical/Williamson Wellness Center:

 (a) Personnel schedules, personnel files, including but not limited to employee rosters, names, addresses, telephone numbers, time cards, contracts or similar records and training records;

 (b) Any and all biographical, financial, and business documents, to include but not limited to memorandums, letters, correspondences, contracts, bank records, credit card information relating to the purchase and operations of Mountain Medical Center/Williamson Wellness Center;

(8) Personal and business financial records for Mountain Medical Care Center, LLC, Williamson Wellness Center, Myra Miller, Dr. William Ryckman, Dr. Katherine Hoover, and Dr. J. Victorino R. Teleron, Jr., and MOO Management.

(9) Any and all documents and records, contracts, writings, electronic mailings or other material indicating or relating to the receipt and payment of money to or from other persons or entities.

(10) Cash monies located on the premises.

**Attachment B**

# COMPLETE Patient Seizure List



Page 1 of 1