AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 1107 03-02-2010 | Copy of warrant and inventory left with: Posted in front door of residence - Site 3 (53) |
| Inventory made in the presence of: SA Robert Siegle - HHS-OIG, SA Jeff Overbeck - HHS-OIG |||
| Inventory of the property taken and name of any person(s) seized: See attached inventory sheets |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*