UNITED STATES DISTRICT COURT
in the
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

OCT 14 2010

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE MATTER OF THE SEARCH OF
KATHERINE A. HOOVER'S RESIDENCE,
LOST CREEK, HARRISON COUNTY,
WEST VIRGINIA

CASE NO, 1:10MJ9

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Katherine A. Hoover MD, pro se, and requests that the Clerk enter an Order for Default Judgment under Federal Rules of Civil Procedure Rule 55 (b)(1).

Katherine A. Hoover MD filed a Motion for Summary Judgment and an Addendum to that Motion. The Addendum was filed on August 30, 2010 and no response has been filed by the United States Attorney as of October 14, 2010. The United States Attorney is in default and default judgment is appropriate. Wherefore, the Clerk has the power to sign an Order for default judgment. The appropriate Affidavit and Order are attached.

Respectfully submitted,

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
247 West Bay Street
Nassau, N.P., Bahamas
242-525-4018

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF THE SEARCH
AND SEIZURE OF KATHERINE A. HOOVER'S
RESIDENCE, LOST CREEK,
HARRISON COUNTY,
WEST VIRGINIA            CASE NO. 1:10MJ 9

CERTIFICATE OF SERVICE

I, KATHERINE A. HOOVER MD, do hereby certify that a true and correct copy of the foregoing Motion to Recuse Judge James E. Seibert and the Motion for Default Judgment have been sent to the US Attorney for the Northern District of West Virginia on October 14, 2010 via fax to 304-234-0113.

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222
247 West Bay Street
Nassau, N.P., Bahamas