# AFFIDAVIT

I, KATHERINE A. HOOVER MD, do hereby swear under penalty of perjury that the statements made are true and correct to the best of my ability, except where they are stated as upon information and belief. The property that needs to be returned under this default judgment is all of the property listed on the documents attached to the initial Motion to Vacate the Search and Seizure Warrant to the appropriate parties, the deed to Little Ragged Island that was removed outside of the search warrant and damages of $10,000.00 to the house and pictures.

*Katherine A. Hoover MD*
Katherine A. Hoover MD

Sworn this 14th day of October 2010.

*Tanya*

I, **Tanya L. Kemp-Sawyer, Justice of the Peace**, Marlborough Street, Nassau, New Providence, The Commonwealth of the Bahamas hereby certify that **Katherine Anne Hoover** appeared before me and presented United States of America Passport # 462984259 for identification purposes and executed in my presence the above Affidavit this 14th day of October, 2010.