IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN THE MATTER OF THE SEARCH OF

KATHERINE A. HOOVER'S RESIDENCE,
LOST CREEK, HARRISON COUNTY,
WEST VIRGINIA.                           CASE NO. 1:10MJ9
                                          (Judge Keeley)

### ORDER DENYING AS MOOT HOOVER'S MOTION TO SUPPLEMENT OBJECTIONS TO REPORT AND RECOMMENDATIONS [DKT. NO. 42]

Because the Court has already granted Katherine A. Hoover ("Hoover") until **Monday, March 7, 2011** to file objections to the pending reports and recommendations (dkt. nos. 27, 32, 33, & 34), it **DENIES AS MOOT** her motion to supplement the objections she filed on January 31, 2011. Hoover may supplement those objections at any time on or before **Monday, March 7, 2011**.

It is so **ORDERED**.

The Court directs the Clerk of Court to transmit copies of this order to counsel of record and all appropriate agencies, and to send a copy to the pro se party, Katherine A. Hoover, via registered mail.

DATED: February 23, 2011.

                              /s/ Irene M. Keeley
                              IRENE M. KEELEY
                              UNITED STATES DISTRICT JUDGE