UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
APR 04 2011
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

In the Matter of the Search of
Katherine A. Hoover MD's Residence,
Lost Creek, Harrison County,
West Virginia.

Case No. 1:10mj 009
Judge Irene Keeley

## NOTICE OF ILLEGAL SEARCH AND SEIZURE

NOW COMES Katherine A. Hoover MD to notify the Court of the illegal entry of the above property on March 30, 2011 and the theft of $1500.00 more or less and an old empty prescription bottle. This a total violation of the Fourth Amendment rights of Katherine A. Hoover MD and her husband, John F. Tomasic.

Upon information and belief, this robbery was committed by law enforcement officers intent upon obtaining information by any means to enable them to file criminal charges against Dr. Hoover and/or her family. The drug task force from Southern West Virginia began investigating the practice of medicine where Dr. Hoover was an independent contractor in 2005 close to the time that her son, Michael Tomasic, was brutally murdered by the guards at North Central Regional jail. The entire investigation of the medical practice was done without subject matter jurisdiction.

The FBI returned some of Dr. Hoover's possessions as well as some of the possessions of her husband, John F. Tomasic, and her son, Stephen J. Tomasic on March 7, 2011. The records that had been taken included the files from the lawsuit before your honor, Case No. 7-cv-47, regarding the murder of Michael Tomasic. When presented with overwhelming evidence of the criminal behavior of fellow law enforcement agents and prison guards, the blue shield went up and innocent citizens were and are forced to suffer with no recourse. The FBI refused to do a thorough investigation of Michael's murder and the cover up of extensive abuse in North Central Regional jail, instead they have pursued me and my family relentlessly. The exact parties behind this last "search and seizure" are unknown to us, but this break in and theft was clearly done by law enforcement. The attached affidavit by John F. Tomasic will give further the details.

Respectfully submitted,

*Katherine A. Hoover MD*

Katherine A. Hoover MD
c/o Dr. Norman Gay
N-3222 West Bay Street
Nassau, N.P., Bahamas

## AFFIDAVIT

I, John F. Tomasic, take an oath to tell the truth regarding the break-in and theft of my property on March 31, 2011. I received a telephone call from a person who, when asked, identified himself as a law enforcement officer. Then I received two additional calls that were strange. I had to leave to buy dog food which was about 7:45 PM. When I returned, I noticed that the side around our bath tub had been moved and someone had searched there. Then I went to my brief case and all of the money that I had was stolen, approximately $1500.00. (The money was intended to be used to make emergency repairs on our three barns and two of our homes that were severely damaged by a tornado. The tornado also toppled three old large apple trees.) Looking around, I discovered that an old empty prescription bottle had been stolen as well. An ordinary thief would not take an empty prescription bottle. The break-in and theft of my property was done professionally with little evidence of the crime.

Submitted this 4th day of April 2011.

NOTARY:

Today, John F. Tomasic appeared before me and swore that the above statement is true and correct except where he stated it to be upon information and belief and that he also believes to be true.

Notary: _____

OFFICIAL SEAL
NOTARY PUBLIC
State of West Virginia
PATRICIA A. TALLEY
1203 Main St.
Bridgeport, WV 26330
My Commission Expires March 16, 2016

## CERTIFICATE OF SERVICE

I, John F. Tomasic, to hereby certify that a true and correct copy of the foregoing NOTICE OF ILLEGAL SEARCH AND SEIZURE has been mailed in a prepaid envelope to Assistant United States Attorney John Parr Federal Building Suite 3000 1125 Chapline St. Wheeling, W.V. 26003 on April 4, 2011.

_____
John F. Tomasic
Route 2 Box 203
Lost Creek, WV 26385